THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN D. LANGDON, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Langdon* v. *Greene*, 96 App. Div. 636, affirmed.
(Argued June 2, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the position of patrolman in the police department of the city of New York.

*William S. Gordon, Ernest H. Wallace* and *George A. Lavelle* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly, Terence Farley* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: O'BRIEN and BARTLETT, JJ.